IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

**JANE DOE**,
                Plaintiff

v.

                                        CIVIL ACTION NO. 6:21-CV-59

**LIBERTY UNIVERSITY, INC., and
CHARLES TIPPETT**
                Defendants

**MOTION TO DISMISS
OF DEFENDANT CHARLES TIPPETT**

      Defendant Charles Tippett, by counsel, pursuant to Rules 10(a) and 12(f) of the Federal Rules of Civil Procedure, moves for dismissal of the Complaint against him. Plaintiff has failed to name all of the parties as required by Rule 10(a), and accordingly all of the Complaint's allegations against this defendant should be stricken pursuant to Rule 12(f), requiring dismissal of the Complaint.

      WHEREFORE, for the reasons set forth in the accompanying Memorandum in Support of Motion, this defendant requests that the Complaint against him be dismissed and that he be awarded his costs.

                                              **CHARLES TIPPETT**

                                              __/s/  John E. Falcone_____
                                                         Counsel

John E. Falcone (Va. Bar #17879)
jfalcone@pldrlaw.com
Luke J. Malloy, III (VSB # 94877)
lmalloy@pldrlaw.com
PETTY, LIVINGSTON, DAWSON & RICHARDS
P.O. Box 1080
Lynchburg, VA  24505
Phone:  434-846-2768
Fax:  434-847-0141
counsel for defendant Charles Tippett

1

## CERTIFICATE

I hereby certify that on this 21st day of December, 2021 I electronically filed the foregoing Motion with the Clerk of the Court using the CM/ECF system, which will serve plaintiff's counsel via e-mail. I further certify that I have served Liberty University by email.

                                                         /s/ John E. Falcone
                                                  Counsel for Defendant Charles Tippett

John E. Falcone (Va. Bar #17879)
PETTY, LIVINGSTON, DAWSON & RICHARDS
P.O. Box 1080
Lynchburg, VA  24505
Phone:  434-846-2768
Fax:  434-847-0141
jfalcone@pldrlaw.com