IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Lynchburg Division

| | |
|---|---|
| JANE DOE, | ) |
| | ) |
|       Plaintiff, | ) |
| | ) |
| v. | )   Case No. 6:21-cv-00059-NKM |
| | ) |
| LIBERTY UNIVERSITY, INC., *et al.* | ) |
| | ) |
| | ) |
|       Defendants. | ) |

## **LIBERTY UNIVERSITY, INC.'S MOTION TO DISMISS**

Defendant Liberty University, Inc. ("Liberty" or the "University"), by counsel, and pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, moves to dismiss Counts I, III and IV of Plaintiff's Complaint (ECF No. 1), for failure to state a claim upon which relief can be granted. The reasons and authority for this Motion are set forth with particularity in the accompanying Memorandum in Support.

WHEREFORE, Liberty respectfully requests that the Court grant its Motion to Dismiss, and dismiss Counts I, III, and IV of Plaintiff's Complaint with prejudice and award them any such further relief the Court deems appropriate.

**LIBERTY UNIVERSITY, INC.,**

By:  /s/ Harold E. Johnson
Harold E. Johnson, Esquire (VSB #65591)
Amanda H. Bird-Johnson, Esquire (VSB #92110)
Williams Mullen
200 South 10th Street, Suite 1600
Richmond, VA 23218
Telephone: (804) 420-6000
Facsimile: (804) 420-6507
hjohnson@williamsmullen.com
abird-johnson@williamsmullen.com
*Counsel for Defendant Liberty University, Inc.*

## CERTIFICATE OF SERVICE

I certify that on January 14, 2022, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Kevin Edward Byrnes
Fluet Huber Hoang
1751 Pinnacle Drive, Ste 1000
Tysons, VA 22102
703-590-1234
Email: kbyrnes@fhhfirm.com
*Counsel for Plaintiff*

John Ernest Falcone
Luke Joseph Malloy , III.
Petty, Livingston, Dawson & Richards
725 Church Street, Suite 1200
Lynchburg, VA 24505
434-846-2768
Fax: 847-0141
Email: jfalcone@pldrlaw.com
lmalloy@pldrlaw.com
*Counsel for Defendant Charles Tippett*

By:  /s/ Harold E. Johnson
Harold E. Johnson, Esquire (VSB #65591)
Amanda H. Bird-Johnson, Esquire (VSB #92110)
Williams Mullen
200 South 10th Street, Suite 1600
Richmond, VA  23218
Telephone: (804) 420-6000
Facsimile: (804) 420-6507
hjohnson@williamsmullen.com
abird-johnson@williamsmullen.com
*Counsel for Defendant Liberty University, Inc.*