IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| **Jane Doe** | Action No:   6:21CV00059 |
| | Date:   March 9, 2022 |
| vs. | Judge:   Norman K. Moon |
| | Court Reporter:   Mary Butenschoen |
| **Liberty University, Inc., et al.** | Deputy Clerk:   Carmen Amos |

| Plaintiff Attorney(s) | Defendant Attorney(s) |
|---|---|
| Grace H. Williams | Harold E. Johnson |
| | John E. Falcone |

LIST OF WITNESSES

| PLAINTIFF/GOVERNMENT: | DEFENDANT: |
|---|---|
| 1. | 1. |

PROCEEDINGS:

All parties present by Zoom video-conference for hearing on ECF No. 10 – Motion to Dismiss filed by Charles Tippett & ECF No. 15 – Motion to Dismiss for Failure to State a Claim filed by Liberty University, Inc.

Arguments heard.   Order forthcoming.

Time in Court:   10:00 – 10:43 a.m.   (43 minutes)