CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

5/4/2022

JULIA C. DUDLEY, CLERK
BY: s/ CARMEN AMOS
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| **JANE DOE,** | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   Case No. 6:21-cv-59 |
| | ) |
| **LIBERTY UNIVERSITY, INC.** *et al.*, | ) |
| | ) |
|    Defendants. | ) |

## ORDER

Based upon consideration of the Plaintiff's Unopposed Motion for Extension of Time to Respond to Defendant's Counterclaim, and for good cause shown, the motion is **GRANTED**. Dkt. 31. The Plaintiff shall file her Answer to Defendant Charles Tippett's Counterclaim on or before May 19, 2022.

It is so ORDERED.

Entered: May 4, 2022

*Robert S. Ballou*

Robert S. Ballou
United States Magistrate Judge