IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Lynchburg Division

| | |
|---|---|
| JANE DOE,<br><br>    *Plaintiff/Counter-Defendant,*<br><br>v.<br><br>CHARLES TIPPETT<br>    *Defendant/Counter-Plaintiff,*<br><br>LIBERTY UNIVERSITY, INC.,<br>    *Defendant.* | Case No.: 6:21-cv-00059-NKM-RSB<br><br>Date:    May 19, 2022 |

**PLAINTIFF/COUNTER-DEFENDANT'S**
**MOTION TO DISMISS THE COUNTERCLAIM**

COMES NOW, the Plaintiff/Counter-Defendant, Jane Doe ("Plaintiff"), by and through counsel, and pursuant to Rule 12(b)(6), hereby moves to dismiss the Counterclaim of Charles Tippett ("Defendant").

WHEREFORE, Plaintiff respectfully requests that the Court grant its Motion to Dismiss, and award Plaintiff any such further relief the Court deems appropriate.

Dated: May 19, 2022          Respectfully submitted,

                                      */s/ Kevin E. Byrnes*
                                      Kevin E. Byrnes, VSB No. 47623
                                      Grace Williams, VSB No. 88103
                                      **FH+H**
                                      1751 Pinnacle Drive, Suite 1000
                                      Tysons, Virginia 22102
                                      T: (703) 590-1234
                                      F: (703) 590-0366
                                      kbyrnes@fhhfirm.com
                                      gwiliams@fhhfirm.com

                                      *Counsel for Plaintiff/Counter-Defendant*

## CERTIFICATE OF SERVICE

      I hereby certify that on May 19, 2022, the forgoing was served on all counsel of record in this matter via the court's electronic filing (ECF) system.

                                                     */s/ Kevin E. Byrnes*
                                                     Kevin E. Byrnes, Esq.