IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Lynchburg Division

| | |
|---|---|
| JANE DOE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 6:21-cv-00059-NKM |
| | ) |
| LIBERTY UNIVERSITY, INC., *et al.* | ) |
| | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Amanda H. Bird-Johnson of the law firm Williams Mullen, P.C. hereby notes her appearance as counsel for Defendant, Liberty University, Inc.

**LIBERTY UNIVERSITY, INC.,**

By: /s/ Amanda H. Bird-Johnson
Harold E. Johnson, Esquire (VSB #65591)
Amanda H. Bird-Johnson, Esquire (VSB #92110)
Williams Mullen
200 South 10th Street, Suite 1600
Richmond, VA  23218
Telephone: (804) 420-6000
hjohnson@williamsmullen.com
abird-johnson@williamsmullen.com
*Counsel for Defendant Liberty University, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on 16th day of June 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice to the following:

Kevin Edward Byrnes
Fluet Huber Hoang
1751 Pinnacle Drive, Ste 1000
Tysons, VA 22102
703-590-1234
Email: kbyrnes@fhhfirm.com
*Counsel for Plaintiff*

John Ernest Falcone
Luke Joseph Malloy , III.
Petty, Livingston, Dawson & Richards
725 Church Street, Suite 1200
Lynchburg, VA 24505
434-846-2768
Fax: 847-0141
Email: jfalcone@pldrlaw.com
lmalloy@pldrlaw.com
*Counsel for Defendant Charles Tippett*

By:  /s/ Amanda H. Bird-Johnson
Harold E. Johnson, Esquire (VSB #65591)
Amanda H. Bird-Johnson, Esquire (VSB #92110)
WILLIAMS MULLEN
200 South 10th Street, Suite 1600
Richmond, VA  23218
Telephone: (804) 420-6000
Email:  hjohnson@williamsmullen.com
             abird-johnson@williamsmullen.com
*Counsel for Defendant Liberty University, Inc.*