# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# LYNCHBURG DIVISION

**Jane Doe**

vs.

**Liberty University, Inc., et al.**

Action No:   6:21CV00059
Date:   August 8, 2022
Judge:   Norman K. Moon
Court Reporter:   Lisa Blair
Deputy Clerk:   Carmen Amos

Plaintiff Attorney(s)
Grace H. Williams

Defendant Attorney(s)
For Charles Tippett:
John E. Falcone

For Liberty University, Inc.:
Amanda Bird-Johnson

**PROCEEDINGS:**

All parties present by ZOOM video-conference for hearing on Dkt. 33 – Motion to Dismiss the Counterclaim, filed by Plaintiff/Counterclaim Defendant Jane Doe.

Arguments heard.   Order forthcoming.

Time in Court:   9:59 – 10:32 a.m.   (33 minutes)