CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
9/30/2022
LAURA A. AUSTIN, CLERK
BY: s/ CARMEN AMOS
     DEPUTY CLERK

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION**

| | |
|---|---|
| JANE DOE,<br><br>       *Plaintiff*,<br><br>v.<br><br>LIBERTY UNIVERSITY, INC., *et al.*,<br><br>       *Defendants*. | Case No. 6:21-cv-00059<br><br>ORDER<br><br>Judge Norman K. Moon |

  For the reasons set forth in an accompanying Memorandum Opinion, the Court concludes that Defendant Liberty University's motion to dismiss will be **GRANTED in part**. Dkt. 15. The Court **will dismiss Counts 1 and 4** from Plaintiff's complaint against Liberty. Count 3, to the extent it mirrors the allegations and claims in Count 2, may proceed. **Count 3 is otherwise dismissed.** The remaining counts are unaffected.

  It is so **ORDERED**.

  The Clerk of Court is directed to send this Order to counsel of record.

  ENTERED this __30th__ day of September, 2022.

                   /s/ Norman K. Moon
                   NORMAN K. MOON
                   SENIOR UNITED STATES DISTRICT JUDGE