CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
9/30/2022
LAURA A. AUSTIN, CLERK
BY: s/ CARMEN AMOS
        DEPUTY CLERK

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
### LYNCHBURG DIVISION

| | |
|---|---|
| JANE DOE,<br><br>      *Plaintiff*,<br><br>v.<br><br>LIBERTY UNIVERSITY, INC., *et al.*,<br><br>      *Defendants*. | Case No. 6:21-cv-00059<br><br>ORDER<br><br>Judge Norman K. Moon |

  For the reasons set forth in the accompanying Memorandum Opinion, the Court hereby **GRANTS in part** Named Defendant's motion to dismiss or to strike. Dkt. 10. The Court will **DENY** Plaintiff's request to proceed under a pseudonym and will permit Plaintiff **fourteen (14) days** whether to file an amended complaint that identifies Plaintiff, or within that time she may instead opt to file a notice of voluntary dismissal as against Named Defendant.

  It is so **ORDERED**.

  The Clerk of Court is directed to send this Order to counsel of record.

  ENTERED this   30th   day of September, 2022.

_____
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE