IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

**SHEA WHITEHURST**,

                Plaintiff

v.

                                                                       CIVIL ACTION NO. 6:21-CV-59

**LIBERTY UNIVERSITY, INC., and**
**CHARLES TIPPETT**

                Defendants

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(ii), the plaintiff stipulates that her claims against defendant Charles Tippett alleged in Counts V and VI of her Amended Complaint (ECF No. 45) be dismissed with prejudice, and Charles Tippett stipulates that his Counterclaim against plaintiff be dismissed with prejudice. Having been dismissed from this action, Charles Tippett's counsel should no longer receive ECF notices.

**SHEA WHITEHURST**
By: /s/ Kevin E. Byrnes
Kevin Edward Byrnes (VSB # 47623)
Grace H. Williams (VSB # 88103)
FH+H
1751 Pinnacle Drive, Ste 1000
Tysons, VA 22102
703-590-1234
Email: kbyrnes@fhhfirm.com
GWilliams@fhhfirm.com
*Counsel for Plaintiff*

**CHARLES TIPPETT**
By: /s/ John E. Falcone
John Ernest Falcone (VSB #17879)
Luke Joseph Malloy, III (VSB #94877)
Petty, Livingston, Dawson & Richards
725 Church Street, Suite 1200
Lynchburg, VA 24505
434-846-2768
Fax: 847-0141
Email: jfalcone@pldrlaw.com
      lmalloy@pldrlaw.com
*Counsel for Charles Tippett*

**LIBERTY UNIVERSITY, INC.,**
By:  /s/ Harold E. Johnson
Harold E. Johnson, Esquire (VSB #65591)
Amanda H. Bird-Johnson, Esquire (VSB #92110)
Williams Mullen
200 South 10th Street, Suite 1600
Richmond, VA  23218
Telephone: (804) 420-6000
Facsimile: (804) 420-6507
hjohnson@williamsmullen.com
abird-johnson@williamsmullen.com
*Counsel for Defendant Liberty University, Inc.*

# CERTIFICATE

I hereby certify that on this 2nd day of March, 2023 I electronically filed the foregoing Stipulation of Dismissal with the Clerk of the Court using the CM/ECF system, which will serve all counsel via e-mail.

　　　　　　　　　　　　　　　　　　　　　/s/  John E. Falcone

John E. Falcone (Va. Bar #17879)
PETTY, LIVINGSTON, DAWSON & RICHARDS
P.O. Box 1080
Lynchburg, VA  24505
Phone:  434-846-2768
Fax:  434-847-0141
jfalcone@pldrlaw.com
Counsel for Charles Tippett